UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
TRACY MCFADDEN,                           )
                                          )
          Petitioner,                     )
                                          )
     v.                                   )          Civil Action No. 10-0597 (PLF)
                                          )
UNITED STATES                             )
PAROLE COMMISSION,                        )
                                          )
          Respondent.                     )
_____ )


                                      ORDER

          For the reasons stated in the accompanying Memorandum Opinion, it is

          ORDERED that the Order to Show Cause [Dkt. No. 3] is DISCHARGED; it is

          FURTHER ORDERED that the petition for a writ of *habeas corpus* [Dkt. No. 1]

is DENIED; it is

          FURTHER ORDERED that the motion to appoint counsel [Dkt. No. 9] is

DENIED; and it is

          FURTHER ORDERED that this case is DISMISSED.  This is a final appealable

Order.  *See* Rule 4, Fed. R. App. P.

          SO ORDERED.



                                   /s/_____
                                   PAUL L. FRIEDMAN
DATE:   September 27, 2010         United States District Judge